

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-11-01065-CV

**Allstate Insurance Company**

**v.**

**Anne ("Amy") and Michael Spellings, Mason's Mill and Lumber Co., Inc., Jesse Leon, Mackenzie Patrick Davis, Mason Spellings, Robert Grant Clay and Escalante's Mexican Grille**

NO. 1051824A IN THE 281ST DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| E-TXGOV FEE | $5.00 | 09/12/2012 | E-PAID | ANT |
| MT FEE | $15.00 | 09/12/2012 | E-PAID | ANT |
| MT FEE | $10.00 | 09/01/2012 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 09/01/2012 | E-PAID | ANT |
| MT FEE | $15.00 | 08/13/2012 | E-PAID | ANT |
| E-TXGOV FEE | $4.00 | 08/13/2012 | E-PAID | ANT |
| MT FEE | $10.00 | 07/09/2012 | E-PAID | ANT |
| E-TXGOV FEE | $4.00 | 07/09/2012 | E-PAID | ANT |
| SUPP CLK RECORD | $12.00 | 05/08/2012 | PAID | ANT |
| MT FEE | $10.00 | 04/18/2012 | E-PAID | ANT |
| E-TXGOV FEE | $10.00 | 02/24/2012 | PAID | APE |
| E-TXGOV FEE | $10.00 | 02/14/2012 | E-PAID | APE |
| E-TXGOV FEE | $10.00 | 02/14/2012 | E-PAID | APE |
| E-TXGOV FEE | $10.00 | 01/18/2012 | E-PAID | ANT |
| CLK RECORD | $544.00 | 12/16/2011 | PAID | ANT |

| FILING | $175.00 | 12/13/2011 | E-PAID | ANT |

## The costs incurred on appeal to the First Court of Appeals Houston, Texas are $849.00.

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this February 6, 2015.



**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**